UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x   CASE NO. 1:08-cv-00479-SJF-JMA

LORRAINE M. ROSSI, an individual; on behalf of
herself and all others similarly situated,

                                  Plaintiffs,

- against -

CREDIT BUREAU OF NAPA VALLEY, INC., a
California Corporation, d/b/a CHASE
RECEIVABLES; and JOHN AND JANE DOES
NUMBERS 1 THROUGH 25, BEING FICTITIOUS
NAMES OF UNIDENTIFIED PERSONS WHO
CONTROL THE POLICIES AND PRACTICES
INVOKED BY CREDIT BUREAU OF NAPA
VALLEY, INC. d/b/a CHASE RECEIVABLES,

                                  Defendants.

                    **NOTICE OF DISMISSAL**

---------------------------------------------------------------x

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

    Please take notice that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff dismiss this action with prejudice as to LORRAINE M. ROSSI, and without prejudice as to the putative class.

DATED:    Haines Falls, New York
               May 2, 2008

                                                  */s/ Robert L. Arleo*
                                                  ROBERT L. ARLEO, ESQ. (RA-7506)
                                                  164 Sunset Park Road
                                                  Haines Falls, NY 11749
                                                  Telephone:  (518) 589-5264
                                                  Facsimile:   (518) 751-1801
                                                  *Attorney for Plaintiff, LORRAINE M. ROSSI,*
                                                  *and all others similarly situated*